**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 589 EAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
| | : |
| | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 590 EAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
| | : |
| | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 591 EAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
| | : |
| | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 592 EAL 2017 |
| | : |

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|  | : |  |
|  | : |  |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : |  |
|  | : |  |
|  | : |  |
| PETITION OF: VAMSIDHAR VURIMINDI | : |  |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 593 EAL 2017 |
|  | : |  |
|  | : |  |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|  | : |  |
|  | : |  |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : |  |
|  | : |  |
|  | : |  |
| PETITION OF: VAMSIDHAR VURIMINDI | : |  |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 594 EAL 2017 |
|  | : |  |
|  | : |  |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|  | : |  |
|  | : |  |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : |  |
|  | : |  |
|  | : |  |
| PETITION OF: VAMSIDHAR VURIMINDI | : |  |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : | No. 595 EAL 2017 |
|  | : |  |
|  | : |  |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|  | : |  |
|  | : |  |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : | |
|  | : |  |

PETITION OF: VAMSIDHAR VURIMINDI   :

  :

THE HOOPSKIRT LOFTS   :  No. 596 EAL 2017
CONDOMINIUM ASSOCIATION   :

  :

  :  Petition for Allowance of Appeal from
v.   :  the Order of the Commonwealth Court

  :

  :

VAMSIDHAR VURIMINDI AND ANN   :
BORIS   :

  :

  :

PETITION OF: VAMSIDHAR VURIMINDI   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.